UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

HONORABLE MANUEL BARBOSA          Hearing Date: 09/11/06

Bankruptcy Case No. 05-77919(12)  Adversary No. _____

Title of Cause: In the matter of James O. Francis and Kimberly M. Francis

Brief Statement of Motion: Debtors' motion to continue hearing set for September 12, 2006

Name and Addresses of moving counsel: Atty Guy K. Fish
533 Vernal Ave
Milton, WI 53563

Representing: Debtors

## ORDER

Court grants motion and continues hearing date, as a final hearing date with no additional continuances for debtors, to October 17, 2006 at 9:00 am.

SEP 11 2006