**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: JAMES D. FRANCIS & KIMBERLY M. FRANCIS                Case Number: 05-77919
7330 ILLINOIS ROUTE 78N            SSN-xxx-xx-0008 & xxx-xx-1487
WARREN, IL  61087

Case filed on:    12/14/2005
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | FISH LAW OFFICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIRST BANKING CENTER | 351,203.47 | 0.00 | 0.00 | 0.00 |
| 003 | TOM & HEIDI SCHULDT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 351,203.47 | 0.00 | 0.00 | 0.00 |
| 002 | BARTELL-LEAMON FUNERAL HOME | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 235.68 | 235.68 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 1,641.20 | 1,641.20 | 0.00 | 0.00 |
|  | Total Unsecured | 1,876.88 | 1,876.88 | 0.00 | 0.00 |
|  | Grand Total: | 353,080.35 | 1,876.88 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00         discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　  /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/17/2008            By  /s/Heather M. Fagan